UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 

UNITED STATES OF AMERICA

                -against-

KELVIN MARTE,
                               Defendant,
------------------------------------------------------------ X

18 Cr. 789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

     WHEREAS a preliminary revocation hearing is currently scheduled for February 8, 2022, at 4:00 p.m.  It is hereby

     **ORDERED** that Defendant's arraignment on the pending VOSR specifications and the appointment of counsel are referred to the Magistrate Judge on duty.  The parties shall promptly schedule a hearing.  It is further

     **ORDERED** that by **January 31, 2022**, the parties submit a joint letter stating informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: January 18, 2022
       New York, New York

                                                 LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE