UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                   -against-

    KELVIN MARTE,
                              Defendant,
------------------------------------------------------------X

18 Cr. 789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for April 12, 2022, is adjourned to **May 23, 2022, at 4:30 p.m.**

Dated: April 6, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**