UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                          :
    UNITED STATES OF AMERICA,                             :
                                                          :
                                                          :          18 Cr. 789 (LGS)
                          -against-                       :
                                                          :          ORDER
    KELVIN MARTE,                                         :
                                        Defendant,        :
---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that sentencing currently scheduled for April 12, 2022, is

adjourned to **May 23, 2022, at 4:30 p.m.**

Dated:  April 6, 2022
       New York, New York

                             **LORNA G. SCHOFIELD**
                        **UNITED STATES DISTRICT JUDGE**