UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-

    KELVIN MARTE,
                              Defendant,
------------------------------------------------------------X

18 Cr. 789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for May 23, 2022, is adjourned to **July 12, 2022, at 11:00 a.m.**

Dated: May 19, 2022
       New York, New York

                                           LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE