UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                         18 Cr. 789 (LGS)
                -against-

                                                           ORDER
    KELVIN MARTE,

                              Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that sentencing currently scheduled for July 12, 2022, is adjourned to **August 29, 2022, at 11:00 a.m.**

Dated: July 8, 2022
       New York, New York

                                                                   **LORNA G. SCHOFIELD**
                                                        **UNITED STATES DISTRICT JUDGE**