UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-

    KELVIN MARTE,
                                Defendant,
-------------------------------------------------------------X

18 Cr. 789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS due to a scheduling conflict with the Probation Office, the sentencing hearing previously scheduled for August 29, 2022, could not proceed. It is hereby

      **ORDERED** that sentencing previously scheduled for August 29, 2022, is adjourned to **October 4, 2022, at 11:00 a.m.**

Dated: August 30, 2022
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**