UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    KELVIN MARTE,
                              Defendant,
------------------------------------------------------------X

18 Cr. 789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a conference was held on October 4, 2022.

    It is hereby **ORDERED** that for the reasons stated on the record, the parties shall appear for a sentencing hearing on **December 12, 2022**, **at 4:30 p.m.**

Dated: November 4, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**