UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                  Plaintiff,                :
                                                            :    18 Cr. 789 (LGS)
            -against-                                       :
                                                            :    ORDER
KELVIN MARTE,                                               :
                                  Defendant,                :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS a sentencing hearing is currently scheduled for December 12, 2022.

WHEREAS the Probation Department filed an Amended Violation Petition dated December 6, 2022, alleging six additional specifications.  It is hereby

**ORDERED** that by **January 5, 2023**, the parties shall submit a joint letter informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.  It is further

**ORDERED** that the December 12, 2022, sentencing hearing is adjourned *sine die*.

Dated: December 8, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**