

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2023

**BY ECF**
The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 29.

Dated: April 17, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:     **United States v. Kelvin Marte**, 18 Cr. 789 (LGS)

Dear Judge Schofield:

      The Government submits this letter in response to the Court's docket note, dated February 27, 2023, requesting a joint update in the above-captioned supervised release matter no later than April 12, 2023.  (Dkt. 28.)  Because the parties require additional time to confer and provide a meaningful update to the Court, we respectfully request a two-week adjournment of the filing deadline and propose that a joint status letter be submitted no later than April 27, 2023.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

   by: _____
      Ashley C. Nicolas
      Assistant United States Attorney

cc:     Christopher A. Flood, Esq. (counsel for Kelvin Marte)
        Officer Noah Joseph, Probation Department (by email)