UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                     -against-

    KELVIN MARTE,
                              Defendant.
------------------------------------------------------------X

18 Cr. 789 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Kelvin Marte's sentencing hearing shall be held on **August 9, 2023**, at **4:30 p.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **July 17, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **July 20, 2023.**

Dated: June 13, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**