UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    KELVIN MARTE,
                              Defendant.
------------------------------------------------------------ X

18 Cr. 789 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS a sentencing hearing is currently scheduled for August 9, 2023.  It is hereby

      **ORDERED** that the sentencing currently scheduled for August 9, 2023, is rescheduled to **August 1, 2023, at 4:00 p.m.**

Dated: July 28, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**