**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2023

**By ECF and Email**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Kelvin Marte</u>
18 CR 789 (LGS)

Dear Judge Schofield:

 I write to request that the Court terminate Mr. Marte's supervised release, effective today, October 6, 2023. When the parties were before the Court on August 1, 2023, the Court imposed a sentence which included a special condition of supervised release that Mr. Marte must "participate in a residential drug treatment program for a period of one month." *See* Transcript, August 1, 2023, at 22, attached as Ex. A. After imposing the treatment condition, the Court added the following:

> If you finish that, I will entertain an application to terminate your period of supervised release, and then you can be done with this case. But that means you have to do the drug treatment, the residential drug treatment. That means you have to show up, not leave. But if you do that, for just one month, then we can all be done with this. Ex. A at 22-23.

On October 1, 2023, Mr. Marte successfully completed one month of residential drug treatment. His current term of supervised release is set to expire on October 24, 2023. His original five-year term of supervised release would have expired on October 18, 2023.

 At this time, in light of Mr. Marte's successful completion of residential drug treatment, I ask the Court to terminate supervision effective immediately.

---

*The Government shall confer with the Probation Department and file a letter by **October 12, 2023**, confirming that Defendant has completed one month in a residential drug treatment program and stating whether there is any objection to the termination of Defendant's term of supervised release. The Clerk of the Court is directed to terminate the letter motion at docket number 49.*

Dated: October 10, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

I have reached out to the Government and Probation for their position on this request and am awaiting response.

Respectfully submitted,

Jennifer Brown
Attorney in Charge
Federal Defenders of New York
Tel: 646 763 1420

cc: Ashley Nicholas, Esq. (Via email)